**Order entered February 4, 2022**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00999-CV

**IN THE MATTER OF D.C.H., A JUVENILE**

**On Appeal from the County Court at Law No. 2**
**Rockwall County, Texas**
**Trial Court Cause No. J-19-0027**

## ORDER

Before the Court is appellant's February 2, 2022 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 8, 2022.

We notice the motion does not include the certificate of conference required by the rules of appellate procedure. *See* TEX. R. APP. P. 10.1(a)(5). We caution appellant that any further motions shall include the certificate.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE